2030 54A00051

## United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS21 | E 1053559 | A. Roger | R1529 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| Sept./28/2025 | Assimilated Title 18 USC 13 CVC4000 (a) (1) |

Place of Offense: Naval Weapon Station, Seal Beach Detachment, Fallbrook

Offense Description: Factual Basis for Charge    HAZMAT ☐

CVC 4000 (a) (1) Driving a vehicle with expired registration

### DEFENDANT INFORMATION
Phone: (247) 771-4665 [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Cruz | Luis | Alberto |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 7DRA849 | CA | 2014 | Honda Accord | white |

| A ☒ APPEARANCE IS REQUIRED | B ☐ APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 West Broadway San Diego, Ca- 92101

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1053559*

CVB SCAN 10/29/2025 9:52

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Sept. 28, 2025 while exercising my duties as a law enforcement officer in the San Diego District of California.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/28/2025    Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/29/2025 9:52